**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1: 25-cv-24288-KMM**

THE GALLEON GUILD LTD,

*Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

*Defendants*.

_______________________________________ /

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff THE GALLEON GUILD LTD, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following eight Defendants without prejudice. Each party shall bear its own costs and fees.

| Def. No. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | Dixun Lighting | https://www.walmart.com/global/seller/101104465 |
| 2 | Katrer Co. Ltd | https://www.walmart.com/global/seller/101125929 |
| 4 | HYDTMSL | https://www.walmart.com/global/seller/101192131 |
| 7 | Eclat Essentials | https://www.walmart.com/global/seller/102749647 |
| 8 | chx store | https://www.walmart.com/global/seller/102759385 |
| 9 | Ailytec Inc | https://www.walmart.com/global/seller/101116836 |
| 10 | ChokGift Co. Ltd | https://www.walmart.com/global/seller/101129420 |
| 11 | Qalabka | https://www.walmart.com/global/seller/101682025 |

Since all Defendants have been dismissed from the case, Plaintiff respectfully requests that the case be closed.

July 30, 2026.

Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer

Palmer Law Group, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***