UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-24288-KMM

THE GALLEON GUILD, LTD.,

Plaintiff,

v.

THE PARTNERSHIPS, UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

_______________________________________/

**ORDER ON BOND DISBURSEMENT**

The Clerk is directed to disburse the principal amount of Five Thousand Dollars ($5,000.00), which is the amount of the bond called by the Court and posted by Plaintiff on or around October 8, 2025, plus all accrued interest, to Plaintiff's Counsel, made payable to:

Palmer Law Group, P.A.
110 East Broward Boulevard, Suite 1700
Fort Lauderdale, FL 33301

Plaintiff's Motion for Return of Bond at (ECF No. 59) is GRANTED. Within three (3) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this Order, along with a copy of a Palmer Law Group TIN Certification Form, to this Court's Financial Section.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of August, 2026.

K. M. Moore

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record